ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Sumo-Nan JV II, LLC ) | ASBCA Nos. 61007, 61008, 61009 |
| ) | 61010, 61011, 61012 |
| ) | |
| Under Contract No. W9128A-09-D-0019 ) | |

APPEARANCE FOR THE APPELLANT:          Mr. Su Yong Yi
                                       Member and Owner

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                       Steven J. Proctor, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Honolulu

ORDER OF DISMISSAL

The disputes which are the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 365 days of the date of this Order.

Dated: November 20, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61007, 61008, 61009, 61010, 61011, 61012, Appeals of Sumo-Nan JV II, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals